**Order entered September 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00679-CV

## IN THE INTEREST OF L.A., D.J.A., B.S.A., J.N.A., AND M.N.A., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-03637**

## ORDER

The reporter's record in this appeal has not been filed pending the Court's determination of its jurisdiction over the appeal. The Court has informed the parties today that it appears the Court has jurisdiction. Accordingly, we **ORDER** Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file the reporter's record no later than September 27, 2019. The record shall include the matters designated by Mother in her July 12, 2019 request, a copy of which is attached, and shall be prepared without payment of costs. *See* TEX. R. CIV. P. 145. As this is an appeal in a child protection case, we caution that extension requests will be disfavored and that the trial court must arrange for a substitute reporter if necessary to ensure the timely filing of the reporter's record. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Andrea D. Plumlee, Presiding Judge of the 330th Judicial District Court; Ms. Duffey; and the parties.

/s/    KEN MOLBERG
          JUSTICE